**UNITED STATES, Appellee,**

v.

**Troy MAROTTA, Defendant–Appellant.**

**No. 06–4470–cr.**

United States Court of Appeals, Second Circuit.

Sept. 15, 2009.

Frederick Rench, Clifton Park, NY, for Defendant–Appellant.

Brenda K. Sannes (Richard S. Hartunian, Assistant United States Attorney, of counsel), for Andrew T. Baxter, Acting United States Attorney for the Northern District of New York, Syracuse, NY, for Appellee.

Present GUIDO CALABRESI, JOSÉ A. CABRANES and PETER W. HALL, Circuit Judges.

**SUMMARY ORDER**

Defendant Marotta appeals from the February 25, 2009 order of the District Court for the Northern District of New York. After carefully considering all of the arguments on appeal we AFFIRM the judgment of the District Court.